**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TRENT BROWN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No.: 3:16-CV-02826-L** |
| | § | |
| **SAFECO INSURANCE COMPANY** | § | |
| **OF INDIANA,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is the parties' Joint Motion to Dismiss with Prejudice, filed June 15, 2017. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all claims of Plaintiff Trent Brown against Defendant Safeco Insurance Company of Indiana that have been and/or could have been asserted in this action are **dismissed with prejudice**. The parties shall bear their own costs. All relief not expressly granted herein is **denied**.

**It is so ordered** this 19th day of June, 2017.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order - Solo Page**